Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–17336–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carolyn Y Watson
2111 Greenwood Ave
Neptune, NJ 07753

Social Security No.:
xxx–xx–3209

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                9/9/26
Time:               10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 14, 2026
JAN: mmf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-17336-MBK

Carolyn Y Watson                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 3

Date Rcvd: Jul 14, 2026                       Form ID: 132                          Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn Y Watson, 2111 Greenwood Ave, Neptune, NJ 07753-4412 |
| 521265562 | + | Housing & Urban Development, First Madison Services, Inc., Servicer for HUD, 4111 S. Darlington Suite 300, Tulsa, OK 74135-6345 |
| 521265678 | + | M&T Bank, co KML Law Group PC, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 521265569 | | Midnight Velvet, co MCG, PO Box 4630, Carol Stream, IL 60197-4630 |
| 521265576 | + | State of NJ, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521267114 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521265578 | | Verizon, Verizon, Dallas, TX 75265 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521265551 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 14 2026 21:44:16 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 521265552 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 14 2026 21:44:16 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 521265553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2026 21:50:24 | Captal One, PO Box 981600, Boston, MA 02298-1600 |
| 521265554 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2026 21:43:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 521265555 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 14 2026 21:43:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 521265557 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 21:45:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 521265556 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 21:45:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 521265558 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 21:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 521265559 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 14 2026 21:45:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 521265561 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jul 14 2026 21:45:00 | First Investors Financial Dept, 3065 Akers Mill Road, Atlanta, GA 30339-3124 |
| 521265560 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jul 14 2026 21:45:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA |

District/off: 0312-3                          User: admin                                    Page 2 of 3

Date Rcvd: Jul 14, 2026                       Form ID: 132                              Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | 30339-4743 |
| 521265563 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2026 21:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521275634 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2026 21:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 521265564 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2026 21:45:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521265565 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2026 21:45:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521265566 | Email/Text: camanagement@mtb.com | Jul 14 2026 21:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521265567 | Email/Text: camanagement@mtb.com | Jul 14 2026 21:45:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521281408 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 14 2026 21:51:14 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 521265571 | Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Midnight Velvet, 112 7th Avenue, Monroe, WI 53566-1364 |
| 521265570 | + Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521265568 | + Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 521265572 | + Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 521265573 | + Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521265574 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 14 2026 21:50:25 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 521265575 | Email/Text: bankruptcy@sccompanies.com | Jul 14 2026 21:45:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521265577 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 14 2026 21:43:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-3                                   User: admin                                              Page 3 of 3
Date Rcvd: Jul 14, 2026                               Form ID: 132                                         Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Carolyn Y Watson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4