IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

2617336

DEBTOR(S):

CAROLYN Y WATSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $100.99

CREDITOR'S SIGNATURE:

/S/ Jasmine Jolly

CREDITOR CONTACT INFO:

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

7/17/2026