CB-2645-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for: Credit Acceptance Corporation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          )          Case No. 26-17336 (MBK)
                                                )
CAROLYN Y. WATSON                               )          Chapter 13
                                                )
                                                )
                                                )
                                                )          **OBJECTION TO CONFIRMATION**
                                                )
                                                )
                                                )

Credit Acceptance Corporation ("Credit Acceptance"), a secured creditor of the Debtor,

objects to the Debtor's Plan for the following reasons:

A.  The Debtor's proposed interest rate of 6.0% is too low.  Credit Acceptance is entitled

to be paid the prime rate of interest plus an increase for risk of loss.  The prime

interest rate at the time of the Debtor's filing was 7.75%.  Credit Acceptance objects

to the Debtor's Plan unless the Debtor pays an interest rate of 9.5% on the net loan

balance of $22,876.24 over the life of the Plan (60 months) in order to adequately

protect Credit Acceptance for any risk of loss.

B.  The Plan as proposed also violates §1326(a)(1) since it does not provide for payment

to Credit Acceptance of adequate protection payments.  Adequate protection

payments should be made to Credit Acceptance beginning in June of 2026 at $131.00

per month, being 1.0% of the vehicle value.  Payments should be made within 30

CB-2645-C

days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the Plan to Credit Acceptance. Adequate protection payments to Credit Acceptance should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtor's attorney.

C. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Credit Acceptance Corporation must be listed as loss payee or additional insured. **The Debtor must provide Credit Acceptance with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

D. Credit Acceptance must retain its lien on the vehicle following confirmation.


/s/ William E. Craig
William E. Craig, attorney for
Credit Acceptance Corporation


Dated: 7/22/2026