153.33.. \/B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: Carolyn Y Watson Case No 26-17336

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

KHEAA

Name of Transferee

KHEAA
P.O. BOX 798
FRANKFORT, KY 40602-0798

Phone: 502-696-7309
Last Four Digits of Acct #: 3209

Name and Address where transferee payments should be sent (if different from above):

KHEAA
P.O. BOX 4270
FRANKFORT KY 40604-4270

MOHELA

Name of Transferor

MOHELA
220 LASLEY AVE
WILKES-BARRE, PA 18706

Court Claim # (if known): 4
Claim Amount: $6448.16
Date Claim Filed: 7/09/2026

Phone: 570-991-4377
Last Four Digits of Acct. #: 3209

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shelby Bevins-Sullivan
Transferee/Transferee's Agent

Date: 8/17/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.