Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−17336−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carolyn Y Watson
2111 Greenwood Ave
Neptune, NJ 07753

Social Security No.:
xxx−xx−3209

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/15/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 15, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Carolyn Y Watson
Debtor

Case No. 26-17336-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3

Date Rcvd: Sep 15, 2026 | Form ID: 148 | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn Y Watson, 2111 Greenwood Ave, Neptune, NJ 07753-4412 |
| 521265562 | + | Housing & Urban Development, First Madison Services, Inc., Servicer for HUD, 4111 S. Darlington Suite 300, Tulsa, OK 74135-6345 |
| 521265678 | + | M&T Bank, co KML Law Group PC, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 521265569 | | Midnight Velvet, co MCG, PO Box 4630, Carol Stream, IL 60197-4630 |
| 521265576 | + | State of NJ, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521267114 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521265578 | | Verizon, Verizon, Dallas, TX 75265 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2026 21:17:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 521307292 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Sep 15 2026 21:17:00 | Autovest LLC, ATTN B DEPT, PO BOX 2247, Southfield, MI 48037 |
| 521296911 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521265551 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2026 21:18:19 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 521265552 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2026 21:18:19 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 521265553 | | EDI: CAPITALONE.COM | Sep 16 2026 00:57:00 | Captal One, PO Box 981600, Boston, MA 02298-1600 |
| 521265554 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2026 21:17:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 521265555 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2026 21:17:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 521265557 | + | EDI: CCS.COM | Sep 16 2026 01:03:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 521265556 | + | EDI: CCS.COM | Sep 16 2026 01:03:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 521265558 | + | EDI: CCS.COM | Sep 16 2026 01:03:00 | Credit Collection Services, Attn: Bankruptcy, 725 |

| | | | | |
|---|---|---|---|---|
| | | | | Canton St, Norwood, MA 02062-2679 |
| 521265559 | + | EDI: CCS.COM | Sep 16 2026 01:03:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 521265561 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 15 2026 21:18:00 | First Investors Financial Dept, 3065 Akers Mill Road, Atlanta, GA 30339-3124 |
| 521265560 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 15 2026 21:18:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-4743 |
| 521265563 | | EDI: IRS.COM | Sep 16 2026 00:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521275634 | | EDI: JEFFERSONCAP.COM | Sep 16 2026 01:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 521265564 | + | EDI: JEFFERSONCAP.COM | Sep 16 2026 01:03:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521265565 | + | EDI: JEFFERSONCAP.COM | Sep 16 2026 01:03:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521338549 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 15 2026 21:18:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 521330152 | | Email/Text: legaldivision@kheaa.com | Sep 15 2026 21:17:00 | KHEAA, P O BOX 798, FRANKFORT, KY 40602-0798 |
| 521330153 | | Email/Text: legaldivision@kheaa.com | Sep 15 2026 21:17:00 | KHEAA, P O BOX 798, FRANKFORT, KY 40602-0798, KHEAA, P O BOX 798, FRANKFORT, KY 40602-0798 |
| 521296908 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521265566 | | Email/Text: camanagement@mtb.com | Sep 15 2026 21:18:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521265567 | | Email/Text: camanagement@mtb.com | Sep 15 2026 21:18:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521354144 | | Email/Text: camanagement@mtb.com | Sep 15 2026 21:18:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521281408 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 15 2026 21:21:04 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 521328456 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2026 21:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521265571 | | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet, 112 7th Avenue, Monroe, WI 53566-1364 |
| 521265570 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521301272 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 521265568 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 521265572 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 521265573 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521265574 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 15 2026 21:21:03 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 521265575 | | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |

| | | | | |
|---|---|---|---|---|
| 521301273 | + | EDI: CBS7AVE | Sep 16 2026 01:03:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 521332449 | | EDI: PRA.COM | Sep 16 2026 00:57:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521265577 | + | EDI: VERIZONCOMB.COM | Sep 16 2026 00:57:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 521335287 | + | EDI: AIS.COM | Sep 16 2026 01:03:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Carolyn Y Watson courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5